# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Heartland Publications, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 09-14459 (KG)<br><br>Joint Administration Requested |

## AMENDED[2] CONSOLIDATED LIST OF CREDITORS HOLDING THE 20 LARGEST UNSECURED CLAIMS

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), each filed a voluntary petition for relief under title 11 of the United States Code. The following is the consolidated list of the Debtors' creditors holding the 20 largest unsecured claims (the "Consolidated List") based on the Debtors' books and records as of December 18, 2009. The Consolidated List is prepared in accordance with rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in these chapter 11 cases. The Consolidated List does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(31) or (2) secured creditors, unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims on a consolidated basis. None of these creditors are minor children. The information contained herein shall neither constitute an admission of liability by, nor is it binding on, the Debtors. The information herein, including the failure of the Debtors to list any claim as contingent, unliquidated or disputed, does

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Heartland Publications, LLC (5642) and Heartland Publications Holdings, LLC (5683). The mailing address for the Debtors is 1 West Main Street, Clinton, CT 06413.

[2] Subsequent to filing, the Debtors became aware that they incorrectly listed the outstanding amount of Silver Point LLC's claim.

not constitute a waiver of the Debtors' right to contest the validity, priority or amount of any claim.

| (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off[3] | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|
| 1. Silver Point Finance LLC | Two Greenwich Plaza Greenwich, CT 06830 | Loan | CU | $44,218,560.00 |
| 2. SP Newsprint Co. | PO Box 101449 Atlanta, GA 30392 Phone: 478-272-1600 Fax: 478-277-5350 | Trade | | $82,817.20 |
| 3. Abitibi Consolidated Sales Corporation | 1228 Paysphere Circle Chicago, IL 60674 Phone: 514-394-2379 Fax: 514-394-3701 | Trade | | $35,151.64 |
| 4. Bowater America Inc. | 14726 Collections Center Drive Chicago, IL 60674 Phone: 514-394-2379 Fax: 514-394-3701 | Trade | | $33,130.74 |
| 5. Artistic Color Graphics | 3400 Dodds Avenue Chattanooga, TN 37407 Phone: 423-698-7360 Fax: 423-698-1862 | Trade | | $28,667.74 |
| 6. Quality Web Printing | PO Box 2027 Elkton, KY 42220 Phone: 270-265-0118 Fax: 270-265-0117 | Trade | | $26,925.60 |
| 7. Page Coop | PO Box 95000-1270 Philadelphia, PA 19195 Phone: 800-468-9568 Fax: 610-592-0647 | Trade | | $16,523.84 |
| 8. King Features Syndicate | PO Box 409189 Atlanta, GA 30384 Phone: 704-348-8667 Fax: 704-376-2424 | Trade | | $15,201.40 |
| 9. Staples Business Advantage | Dept Atl, PO Box 405386 Atlanta, GA 30384 Phone: 888-753-4106 Fax: 800-480-7339 | Trade | | $11,658.30 |

---

[3] As noted above, the Debtors reserve their rights to dispute the claims on this schedule on any basis.

| | (1) Name of creditor | (2) Name, telephone number and complete mailing address, including zip code of employee, agents, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contracts, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to set off[3] | (5) Amount of claim (secured also state value of security) |
|---|---|---|---|---|---|
| 10. | Accountemps | 12400 Collections Center Drive<br>Chicago, IL 60693<br>Phone: 203-562-9262<br>Fax: 203-624-3247 | Trade | | $11,027.42 |
| 11. | AGFA Corporation | 100 Challenger Drive<br>Ridgefield Park, NJ 07660<br>Phone: 201-373-4358<br>Fax: 201-440-6794 | Trade | | $10,115.50 |
| 12. | Shroom Inc. | 6345 Balboa Boulevard<br>Suite 247<br>Encino, CA 91316<br>Phone: 818-609-7211<br>Fax: 818-609-9691 | Trade | | $10,091.00 |
| 13. | PBI Printing | PO Box 1071<br>Ringgold, GA 30736<br>Phone: 423-510-9232<br>Fax: 706-965-7633 | Trade | | $7,308.60 |
| 14. | MTH Information Solutions | 828 East Main Street<br>Spartanburg, SC 29302<br>Phone: 888-246-9608<br>Fax: 864-594-4581 | Trade | | $5,786.99 |
| 15. | US ink | PO Box 18659<br>Newark, NJ 07191<br>Phone: 800-874-7950<br>Fax: 904-786-1476 | Trade | | $4,200.90 |
| 16. | Unifirst Corporation | 2455 Downing Road<br>Fayetteville, NC 28312<br>Phone: 910-483-8154<br>Fax: 910-483-2181 | Trade | | $4,019.69 |
| 17. | Crestmark Commercial Capital Lending I | PO Box 41047<br>Baton Rouge, LA 70835<br>Phone:<br>Fax: 888-259-8992 | Trade | | $3,636.00 |
| 18. | Ricoh Americas Corporation | PO Box 13852<br>Newark, NJ 07188<br>Phone: 877-597-4264<br>Fax: 972-793-6829 | Trade | | $3,200.13 |
| 19 | Brooks Office Systems | PO Box 1941<br>Lauringburg, NC 28353<br>Phone: 910-276-1370<br>Fax: 910-276-1397 | Trade | | $3,178.63 |
| 20. | Pitney Bowes Financial Services | PO Box 856460<br>Louisville, KY 40285<br>Phone: 800-732-7222<br>Fax: 203-460-3851 | Trade | | $2,932.34 |

DB02:8909319.2

068674.1001

# DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. § 1746, I, Michael C. Bush, the duly qualified and elected President and Chief Executive Officer of Heartland Publications, LLC, one of the Debtors, declare under penalty of perjury that I have reviewed the foregoing Consolidated List and that it is true and correct to the best of my information and belief.

Dated: December 21, 2009

*/s/ Michael C. Bush*
Michael C. Bush
President and Chief Executive Officer