IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Heartland Publications, LLC, et al.,[1] | Case No. 09-14459 (KG) |
| Debtors. | Jointly Administered |
| | Objection Deadline: January 6, 2010 at 4:00 p.m. (ET)<br>Hearing Date: January 13, 2010 at 10:00 a.m. (ET) |
| | Waiver of Local Rule 2016-2(d)(iv) Requested |

## NOTICE OF APPLICATION

TO: (I) THE UNITED STATES TRUSTEE; (II) THE PARTIES INCLUDED ON THE DEBTORS' LIST OF TWENTY (20) CREDITORS HOLDING THE LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS; (III) COUNSEL TO GENERAL ELECTRIC CAPITAL CORPORATION; (IV) SILVER POINT FINANCE, LLC; AND (V) ALL PARTIES THAT REQUESTED NOTICE PURSUANT TO RULE 2002-1(b) OF THE LOCAL RULES OF BANKRUPTCY PRACTICE AND PROCEDURE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTICE** that the debtors and debtors in possession in the above-captioned cases (the "Debtors") have filed the attached **Debtors' Application for Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a), Fed. R. Bankr. P. 2014 and Del. Bankr. L.R. 2014-1 (I) Authorizing and Approving Employment and Retention of Duff & Phelps Securities, LLC as Financial Advisor and Investment Banker *Nunc Pro Tunc* to the Petition Date, and (II) Waiving of Certain Information Requirements of Del. Bankr. L.R. 2016-2** (the "Application").

**PLEASE TAKE FURTHER NOTICE** that any objections to the attached Application must be filed on or before **January 6, 2010 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE APPLICATION WILL BE HELD ON **JANUARY 13, 2010 at 10:00 A.M. (ET)** BEFORE

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Heartland Publications, LLC (5642) and Heartland Publications Holdings, LLC (5683). The mailing address for each of the Debtors is 1 West Main Street, Clinton, CT 06413.

THE HONORABLE KEVIN GROSS IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 6TH FLOOR, COURTROOM NO. 3, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested in the Application without further notice or a hearing.

Dated: Wilmington, Delaware
December 28, 2009

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Kenneth J. Enos (No. 4544)
Robert F. Poppiti, Jr. (No. 5052)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone:  (302) 571-6600
Facsimile:  (302) 571-1253

PROPOSED ATTORNEYS FOR DEBTORS
AND DEBTORS-IN-POSSESSION